# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**ESTELLA L. MORRIS**                                                                 **PLAINTIFF**

V.                                          **4:21CV00406 JM**

**DENIS MCDONOGH,**
**SECRETARY OF THE DEPARTMENT**
**OF VETERANS AFFAIRS,**
**in his official capacity**                                                           **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered on this day, Judgment is hereby entered in favor of the Defendant and against the Plaintiff.

IT IS SO ORDERED this 23rd day of October, 2023.

_____
UNITED STATES DISTRICT JUDGE