IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ESTELLA L. MORRIS**                                                                                 **PLAINTIFF**

V.                              **4:21CV00406 JM**
                                **4:22CV00956 JM**

**DENIS MCDONOGH,**
**SECRETARY OF THE DEPARTMENT**
**OF VETERANS AFFAIRS,**
**in his official capacity**                                                                          **DEFENDANT**

## AMENDED JUDGMENT

Pursuant to the Order entered on this day, Judgment is hereby entered in favor of the Defendant and against the Plaintiff.

IT IS SO ORDERED this 25th day of October, 2023, NUNC PRO TUNC to October 23, 2023.

_____
UNITED STATES DISTRICT JUDGE