Generated: Nov 22, 2023 4:01PM                                                                                                    Page 1/1

# U.S. District Court

## Arkansas Eastern - Little Rock

Receipt Date: Nov 22, 2023 4:01PM

EICHENBAUM LILES PA
124 WEST CAPITOL AVE
SUITE 1900
LITTLE ROCK, AR 72201

Rcpt. No: 4384              Trans. Date: Nov 22, 2023 4:01PM              Cashier ID: #FG

| CD  | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|-----|---------|----------------------|-----|-------|-----|
| 203 | Notice of Appeal/Docketing Fee | DARE421CV000406 /001 | 1 | 505.00 | 505.00 |

| CD | Tender | Amt |
|----|--------|-----|
| CC | Credit Card | $505.00 |

Total Due Prior to Payment: $505.00
Total Tendered: $505.00
Total Cash Received: $0.00
Cash Change Amount: $0.00

**Comments**: VISA CARD ENDING IN 9135 APPROVAL CODE: 01513G

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

NOV 22 2023

TAMMY H. DOWNS, CLERK
By:  DEP CLERK