(Post. 5/26/15)

# UNITED STATES DISTRICT COURT
# FOR THE
# EASTERN DISTRICT OF ARKANSAS

Dr. Estella L. Morris

v.

Department of Veterans Affairs, Denis McDonough,
Secretary of the Department of Veterans Affairs

Case No. 4:21-cv-00406-JM
4:22-cv-00956-JM

## TRANSCRIPT REQUEST

TO BE COMPLETED BY APPELLANT WITHIN 14 DAYS OF FILING OF NOTICE OF APPEAL (Federal Rules of Appellate Procedure, Rule 10(b)(1)).

A. Complete one of the following:
- (✓) A transcript is not needed for the appeal.
- ( ) A transcript is already on file.
- ( ) Request is hereby made to the reporter for a transcript of the following proceedings (give particulars.) Note: voir dire and closing arguments not prepared unless specifically requested.

B. I certify that financial arrangements have been made with the reporter. Payment is by:
- ( ) Private funds.
- ( ) Government expense (civil case.) A motion for transcript has been submitted to the judge.

SIGNED _____ DATE 11/28/23 COUNSEL FOR Dr. Estella L. Morris

ADDRESS  124 West Capitol Ave., Ste. 1900, Little Rock, AR 72201

TELEPHONE  501-247-6975